```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA**        :
                                    :
**vs.**                              :   CRIMINAL ACTION NO. 07-00266-CG
                                    :
**MONTREZS DEJUAN LEWIS**            :

<u>ORDER</u>

A pretrial conference was held on October 11, 2007 before the undersigned Magistrate Judge.  Present at this conference were Paul Brown, who was standing in for Al Pennington, counsel for Defendant Montrezs Dejuan Lewis and Assistant U.S. Attorney Deborah Griffin, counsel for the Government.

After hearing from counsel, the Court determined that the ends of justice served by continuing this case outweigh the best interest of the public and Defendant in a speedy trial.  Mr. Brown reported that he was standing in for Mr. Pennington, who had emergency surgery the day before, and that Mr. Pennington had filed a Motion for a Continuance (Doc. 52) because a superseding indictment has been returned against Defendant Lewis, and additional time is needed to investigate the claims contained in the superseding indictment.  Counsel for the Government reported that the Government does not oppose the continuance request because Lewis's co-Defendants will be tried during the December term, and the Government would prefer one trial for all the Defendants.

Accordingly, Defendant's Motion for a Continuance (Doc. 52) is GRANTED.  Defendant is directed to file a speedy trial waiver not

later than **October 19, 2007.**  For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).  This action will be CONTINUED to the **December 2007** criminal term which commences with jury selection on **December 4, 2007.**

The Clerk is **DIRECTED** to refer this file to Magistrate Judge Cassady.

DONE this **12th** day of **October 2007.**

                                       **/s/ SONJA F. BIVINS**
                                  **UNITED STATES MAGISTRATE JUDGE**