IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MONTREZS DEJUAN LEWIS, | : |
| Petitioner, | : |
| | : CIVIL ACTION 10-0645-KD-M |
| v. | : |
| | : CRIMINAL ACTION 07-00266-KD-M |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 be DENIED (Doc. 253) and DETERMINED that Petitioner is not entitled to a certificate of appealability and, therefore, not entitled to appeal *in forma pauperis*.

DONE this 14th day of June, 2011.

    s/Kristi K. DuBose
    KRISTI K. DuBOSE
    UNITED STATES DISTRICT JUDGE