```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

MONTREZS DEJUAN LEWIS,              :

    Petitioner,                 :
                                              CIVIL ACTION 10-0645-KD-M
v.                                  :
                                       CRIMINAL ACTION 07-00266-KD-M
UNITED STATES OF AMERICA,           :

    Respondent.                 :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent, the United States of America, and against Petitioner Montrezs DeJuan Lewis.

DONE this 14th day of June, 2011.

                                              s/Kristi K. DuBose
                                            KRISTI K. DuBOSE
                                            UNITED STATES DISTRICT JUDGE